**AFFIDAVIT**   25-08003MB(JR)

I, Andrew Jorgenson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for the search of 3160 N. Sioux Ave Tucson, Arizona more particularly described as in Attachment A and referred to as the SUBJECT PREMISES. Probable cause exists to believe that a person wanted by the United States, more particularly outlined below, is presently located in the SUBJECT PREMISES.

2. I am a Deputy United States Marshal (DUSM), a sworn law enforcement officer of the United States of America. In that capacity, my duties included fugitive investigations, judicial security, prisoner operations, witness security, and asset forfeiture. During my tenure as a DUSM, I have completed approximately 20 weeks of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC) and successfully completed the Basic Deputy United States Marshal Integrated Academy. Prior to my tenure as a DUSM, I was a full-time salaried New Mexico State Police Detective Sergeant and worked approximately 11 years as a police officer in New Mexico. During this time, I received extensive training in criminal investigations including and not limited to homicide, aggravated battery with a deadly weapon, rape, sexual offenses involving minors, and white-collar crimes.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Julio BUENDIA, who has a federal arrest warrant, is inside the SUBJECT PREMISES. There exists an outstanding warrant for his arrest relating to a violation of supervised release. U.S.

Marshals seek this warrant to search the SUBJECT PREMISES for BUENDIA who is believed to be present on the PREMISES.

## **PROBABLE CAUSE**

5.  My investigation began on or about April 1, 2025, and continuing to the present. Julio BUENDIA, year of birth 1986, standing approximately 6 feet 1 inches and weighing approximately 215lbs is wanted relating to violations of Supervised Release after imposition of sentence in violation of 18 U.S.C. § 3583.

6.  Specifically, on or about April 1, 2025, an arrest warrant for BUENDIA was issued by the United States District Court for the District of Arizona in CR-20-02691-002-TUC-SHR(EJM). The fugitive investigation of BUENDIA has been assigned to me.

7. During the investigation, I learned through law enforcement tools that BUENDIA was living in 3160 N. Sioux Ave, Tucson, Arizona, the SUBJECT PREMISES. I and other Deputies conducted approximately 20 hours of surveillance at the above listed address. While conducting surveillance, Deputies observed BUENDIA enter and exit the property at various hours of the day.

On June 10, 2025, U.S. Marshals who are members of the U.S Marshal AZWANTED Task Force conducted a surround and call out of the SUBJERCT PREMISES. During this time, Deputies observed a Hispanic male exit and quickly enter the residence. This male matched the description of BUENDIA. Deputies continued to give lawful commands for BUENDIA and all occupants to exit the residence. Approximately 5 people exited and individually confirmed BUENDIA is hiding in the home in the northeast bedroom. BUENDIA did not exit and is currently barricade in the above listed house and ignoring law enforcement commands.

///

///

///

///

8. Based on the facts set forth in this affidavit, there is probable cause to believe that BUENDIA has violated his supervised release, there is an outstanding warrant for his arrest relating to that violation, and he is inside the SUBJECT PREMISES.

## **CONCLUSION**

9. Based on the foregoing I respectfully request that the Court issue a warrant authorizing law enforcement officers to search the SUBJECT PREMISES for BUENDIA who is believed to be located on the SUBJECT PREMISES.

Respectfully Submitted,

*Andrew Jorgenson*
_____
Andrew Jorgenson, Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn telephonically this 10th day of June, 2025.

*Maria S. Aguilera*
_____
Hon. Maria S. Aguilera
United States Magistrate Judge

## ATTACHMENT A

1. The SUBJECT PRENMISES is located at 3160 N. Sioux Ave Tucson, Arizona. Per Google Maps, this property is on the east side of the street, and it faces north. The Property is a tan in color trailer with a pink in color brick retaining wall. The roof has brown accents and a pitched roof. The retaining wall is displaying the numbers "3160". There is a second structure within SUBJECT PREMISES, behind the north structure.



**ATTACHMENT B**
**PERSON TO BE SEIZED**

Julio BUENDIA

YOB:1986

Hispanic Male

6'1"

215 pounds

Brown Eyes

Brown hair